UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61022-CIV-SEITZ/O'SULLIVAN

SUSAN M. JORDAN,

    Plaintiff,

v.

BIEHL & BIEHL, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE-3]. Upon review of the Notice, it is hereby

ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE; any pending motions not otherwise ruled upon are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 6th day of August, 2009.

                                            *Patricia A. Seitz*
                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record